428 A.2d 256

Commonwealth v. Lee, Appellant.

Argued August 28, 1979. Louise Porac, for appellant; Robert L. Eberhardt, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Judgment of sentence affirmed.

LARSEN, J., concurred in the result.